UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

v.

Melvin Donald Carlton,

      Defendant.

Case No. 24-CR-00050 (JMB/LIB)

**ORDER**

---

Before the Court is the motion of Plaintiff United States of America for a preliminary order of forfeiture. (Doc. No. 35.) The Court finds that the property at issue—a Cobra, model CA380, .380 caliber pistol, bearing serial number CP094066 and ammunition found therewith (together, the Property)—is subject to forfeiture under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between the Property and the offense of which Defendant Melvin Donald Carlton has pleaded guilty.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED:

1. The Government's motion for a preliminary order of forfeiture (Doc. No. 35) is GRANTED.

2. Defendant Melvin Donald Carlton shall forfeit to the United States the Property—specifically a Cobra, model CA380, .380 caliber pistol, bearing serial number CP094066, and ammunition found therewith.

3. The United States Attorney General or an authorized designee may seize and maintain custody and control of the Property pending the entry of a final order of forfeiture.

4. Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the Property in such manner as the Attorney General may direct.

5. This Order shall become final as to the Defendant Melvin Donald Carlson at the time of sentencing, made part of the sentence and included in the judgment. Fed. R. Crim. P. 32.2(b)(4)(A), (B).

6. Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee.

7. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary. Fed. R. Crim. P. 32.2(e).

Dated: July 25, 2024 /s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court